UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Eric Scott Bowen,<br><br>              Plaintiff,<br><br>vs.<br><br>Officer Stanley et al,<br><br>              Defendants. | Case No. CV-25-121-BLGS-DWM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Bowen's Complaint is Dismissed.

Dated this 30th day of October, 2025

                      TYLER P. GILMAN, CLERK


                      By:   /s/ Annie Puhrmann
                              Deputy Clerk